# DOCKET#: CR-85-00099-01

FINAL COURTRAN  CRIMINAL DOCKET(MASS(BOSTON) 09/08/92

CR-85-00099-01

US-V-FRAPPIER
as of 04/05/90 at 12:00 midnight

PAGE 1

Case filed: 03/20/85

Judge: CHIEF JUDGE CAFFREY

Defendant:
FRAPPIER, DARLENE
Aka: BOISSONNEAULT, DARLENE
JUDKINS, DARLENE
Address: 416 South Main St.
Brewer, ME
Dft ID: -2396

Defendant terminated: 10/04/85

Terminated counts:
Murder, aiding & abetting..
18:1111.2 (F)

Offense level (disposition): FEL

Total Jail: 9999 Mo

Defense Counsel:
WALKER, OWEN
FEDERAL DEFENDER'S OFFICE
195 STATE STREET
BOSTON, MA 02109
223-0488

U S Attorneys:
HEALY, PAUL F
(617) 223-3489

Disposition
(Count 1): the remainder of
her life (10/04/85)

---

# DOCKET#: CR-85-0...

FINAL COURTRAN  CRIMINAL DOCKEM:

CR-85-00100-01

US V BUFFALO ET

| Date | No. | Entry |
|---|---|---|
| 07/09/85 | 15 | Motion for judg... |
| 07/09/85 | 16 | Minute sheet fi... |
|  | 16 | Trial held-jury... |
|  | 16 | dft's rests... |
|  |  | appoints Jaro... |
|  |  | arguments - c... |
|  |  | starts delibe... |
|  |  | (verdict of gu... |
|  | 16 | (CHIEF JUDGE ... |
|  | 16 | Trial ended-jury... |
|  |  | 07/10/85). |
|  | 16 | Jury verdict of... |
|  |  | Disposition set... |
|  |  | JUDGE CAFFREY |
| 07/24/85 | 17 | Minute sheet fi... |
|  | 17 | Sentencing or d... |
| 07/25/85 | 21 | first the rep... |
|  | 23 | year's probati... |
|  |  | commence five... |
|  | 18 | issued (judgment... |
|  |  | (CHIEF JUDGE... |
| 07/25/85 | 21 | Conditions of p... |
|  | 23 | Filed notice o... |
|  | 24 | Motion filed |
|  |  | pending appea... |
| 07/29/85 | 25 | Appearance of a... |
|  | 25 | Order filed (me... |
|  |  | stay and for t... |
|  |  | (Dkt'd 07/29/... |
|  | 26 | Answer to moti... |
|  | 26 | Motion denied... |
|  |  | 07/30/85). |
| 07/30/85 | 28 | Transmitted sup... |
| 08/01/85 | 29 | Order filed (ol... |
|  |  | Azalea Buffal... |
|  |  | (Dkt'd 08/02/... |
| 10/17/85 | 30 | Appeal dismisse... |
|  |  | 10/21/85). |

DOCKET#: CR-85-00099-01

FINAL COURTRAN   CRIMINAL DOCKET(MASS(BOSTON))   09/08/92

CR-85-00099-01   US-V-FRAPPIER

CR-85-00099-01   PAGE 2

PROCEEDINGS

| Date | # | Proceedings |
|---|---|---|
| 03/20/85 | 1 | Secret indictment returned (Dkt'd 03/20/85). Case assigned to CHIEF JUDGE CAFFREY (Dkt'd 03/20/85). US Attorney HEALY, PAUL V. (Dkt'd 03/20/85). Arrest Warrant issued (Dkt'd 03/20/85). Order indictment sealed (Dkt'd 03/20/85). |
| | 2 | Order indictment unsealed (Dkt'd 04/05/85). |
| 03/25/85 | 3 | Defendant arrested in other district (District of Maine) (Dkt'd 04/05/85). Order referred to MAGISTRATE DEGIACOMO for pretrial proceedings (Dkt'd 03/25/85). |
| 03/26/85 | 4 | Case referred to MAGISTRATE DEGIACOMO for pretrial proceedings (Dkt'd 03/25/85). |
| | 5 | Received documents transferred pursuant to Rule 40 from 0100-1 (District of Maine) (Dkt'd 03/26/85). Minute sheet filed (MAGISTRATE DEGIACOMO) (Dkt'd 03/26/85). |
| | 6 | Filed appearance of MALLOY, RAYMOND C as attorney for defendant (Dkt'd 03/26/85). |
| | 5 | Defendant's first appearance (Dkt'd 03/26/85). Bail hearing held (MAGISTRATE DEGIACOMO) (Dkt'd 03/26/85). |
| | 5 | Bail set for defendant (temporarily detained?) (MAGISTRATE DEGIACOMO) (Dkt'd 03/26/85). Bail hearing set for 03/28/85 @ 11:00 AM (pursuant to 18:3142) (MAGISTRATE DEGIACOMO) (Dkt'd 03/26/85). |
| | 5 | Arraignment held (count 1) (MAGISTRATE DEGIACOMO) (Dkt'd 03/26/85). Defendant enters plea of not guilty (count 1) (Dkt'd 03/26/85). |
| | 7 | Pretrial motions to be filed by 04/12/85 (count 1) (MAGISTRATE DEGIACOMO) (Dkt'd 03/27/85). |
| | 7 | Motion by Government to be heard by 04/26/85 (MAGISTRATE DEGIACOMO) (Dkt'd 03/27/85). Motion made in open court for continuance (MOT#1) (MAGISTRATE DEGIACOMO) (Dkt'd 03/27/85). |
| | 8 | Motion (#?) for continuance granted (MOT#1) (MAGISTRATE DEGIACOMO) (Dkt'd 03/27/85). Pretrial detention hearing scheduled for 3/28/85 at 11:00am (MAGISTRATE DEGIACOMO) (Dkt'd 03/27/85). |
| | 8 | Minute sheet filed (Dkt'd 03/29/85). Bail hearing held (detention hrg held - Gov't presented testimony of Special Agent Thomas Terhaar - Defense counsel ordered to submit written order to issue) (MAGISTRATE DEGIACOMO) (Dkt'd 03/29/85). |
| | 9 | Order filed (of detention) (MAGISTRATE DEGIACOMO) (Dkt'd 04/03/85). Bail not allowed (MAGISTRATE DEGIACOMO) (Dkt'd 04/03/85). |
| 06/04/85 | 12 | Order of excludable delay began on 03/25/85 and ended on 04/03/85). |

End of docket

DOCKET#: CR-85-0...

FINAL COURTRAN   CRIMINAL DOCKE...

CR-85-00100-01   US V BUFFALO ET...

Record returned
10/21/85.

End of docket

DOCKET#: CR-85-0...

FINAL COURTRAN   CRIMINAL DOCKE...

CR-85-00100-01   US V BUFFA...

FSC F92-3449    10-8

FINAL COURTRAN  (CRIMINAL DOCKEMASS(BOSTON) 09/08/92

CR-85-00099-01          US-v-RAPPIER                          CR-85-00099-01          PAGE 3

PROCEEDINGS

| Date | No. | Entry |
|---|---|---|
| | | 03/25/85 (MAGISTRATE ALEXANDER) (Dkt'd 04/08/85). |
| 04/05/85 | 11 | Warrant of arrest executed by arrest on 03/20/85 (V) (CHIEF JUDGE CAFFREY) (Dkt'd 04/08/85). |
| 04/08/85 | 13 | Motion to withdraw as attorney filed (MOT#2) (Dkt'd 04/08/85). |
| | 13 | Mark the beginning of a potential excludable period of type X-E starting on 04/08/85 (in re MOIFWA on 04/08/85) |
| | 15 | - Ltr from defendant's counsel to Magistrate Degiacomo (Dkt'd 04/16/85). |
| 04/11/85 | 14 | Motion for discovery/inspection filed (MOT#3) (Count 1) |
| | 14 | Mark the beginning of a potential excludable period of type X-E starting on 04/11/85 (in re MDFEDI on 2/11?) (Dkt'd 04/12/85). |
| 04/12/85 | 17 | Motion for extension of time to file pre-trial motions filed (MOT#4) (Count 1) (Dkt'd 04/16/85). |
| 04/15/85 | 13 | Motion to withdraw as attorney granted (MOT#2) (MAGISTRATE DEGIACOMO) (Dkt'd 04/16/85). |
| | 16 | Attorney MALLOY, RAYMOND C deleted from case (Dkt'd 05/13/85). |
| | 16 | Excludable delay due to hearing on 04/16/85. |
| | 16 | Minute sheet filed (Dkt'd 04/16/85). |
| | 17 | Motion for extension of time to file pre-trial motions granted (MOT#4) (MAGISTRATE DEGIACOMO) (Dkt'd 04/16/85). |
| | 16 | hearing held (MOT#4). Idgt appears with Atty Malloy - def |
| | 16 | Excludable delay began due to hearing on 04/16/85 and ended on 04/16/85 (Count 1) |
| | 16 | Pre-trial motions to be filed by 04/22/85 (Count 1) (MAGISTRATE DEGIACOMO) (Dkt'd 04/16/85). |
| | 18 | Government to answer by 04/29/85 (MAGISTRATE DEGIACOMO) |
| | 16 | Order Federal defender program appointed to represent defendant (MAGISTRATE DEGIACOMO) (Dkt'd 04/16/85). |
| 04/17/85 | 19 | Order of excludable delay began on 04/08/85 and ended on 04/15/85 (pretrial motions - 8 days) (MAGISTRATE DEGIACOMO) |
| | 19 | filed appearance of WALKER, DWEN as attorney for defendant (MAGISTRATE DEGIACOMO) (Dkt'd 04/16/85). |

---

DOCKET#: CR-85-00099-01

FINAL COURTRAN  CRIMINAL DOCKEMASS(BOSTON) 09/08/92

CR-85-00099-01          US-v-RAPPIER          PROCEEDINGS          CR-85-00099-01          PAGE 4

| No. | Entry |
|---|---|
| 20 | (Dkt'd 04/18/85). Order of excludable delay began on 04/12/85 and ended on 04/15/85 (pretrial motions - 4 days) (MAGISTRATE DEGIACOMO) (Dkt'd 04/18/85). |

FINAL COURTRAN   CRIMINAL DOCKEMASS(BOSTON) 09/08/92

CR-85-00099-01                 US-v-I-RAPPIER                PROCEEDINGS                    CR-85-00099-01            PAGE 4

| Date | No. | Proceedings |
|---|---|---|
| 04/18/85 | 20 | Order of excludable delay began on 04/12/85 and ended on 04/15/85 (Pretrial motions - 4 days) (MAGISTRATE DEGIACOMO) (Dkt'd 04/18/85). |
| 04/18/85 | 21 | Motion for extension of time to file pretrial motions filed (MOTO5) (count 1) (Dkt'd 04/19/85). Mark the beginning of a potential excludable period of type X-E starting on 04/18/85 (lin re MOTO5 filed on 4/18) (Dkt'd 04/19/85). |
| 04/23/85 | 21 | Motion for extension of time to file pretrial motions granted (MOTO5) (MAGISTRATE DEGIACOMO) (Dkt'd 04/26/85). Excludable delay due to hearings on Pretrial Motions began on 04/18/85 and ended on 04/23/85 (Dkt'd 04/26/85). |
|  | 21 | Hearing on pre-trial motions set for 05/07/85 @ 2:00 PM (count 1) (MAGISTRATE DEGIACOMO) (Dkt'd 04/26/85). |
|  | 21 | Pretrial motions to be filed by 04/25/85 (count 1) (MAGISTRATE DEGIACOMO) (Dkt'd 04/26/85). Government to answer by 05/05/85 (MAGISTRATE DEGIACOMO) (Dkt'd 04/26/85). |
| 04/29/85 | 22 | Motion for a bill of particulars filed (MOTO6) (count 1) (Dkt'd 04/30/85). |
|  | 23 | Motion for discovery/inspection filed (MOTO7) (count 1) (Dkt'd 04/30/85). |
|  | 21 | Mark the beginning of a potential excludable period of type X-E starting on 04/29/85 (lin re MOTO7 on 4/29) (Dkt'd 04/30/85). |
| 05/01/85 | 24 | Order of excludable delay began on 04/23/85 and ended on 04/29/85 (MAGISTRATE DEGIACOMO) (Dkt'd 05/02/85). |
| 05/06/85 | 25 | Order of excludable delay began on 04/29/85 and ended on 05/06/85 (MAGISTRATE DEGIACOMO) (Dkt'd 05/07/85). |
| 05/07/85 | 26 | Answer to motion for a bill of particulars, and for discovery/inspection filed (Government's response to defendant's motions) (Dkt'd 05/08/85). |
|  | 26 | Motion and for discovery/inspection hearing held (MOTO's 5, 6... Minute request filed (Dkt'd 05/08/85). Excludable delay based on limiting the ends of justice served by continuance began on 04/25/85 and ended on 04/29/85 (MAGISTRATE DEGIACOMO) (Dkt'd 05/08/85). |
|  | 30 | Order filed (re-granted) (MAGISTRATE DEF--) (OMC) (Dkt'd 05/10/85) (discovery motions) |
|  | 30 | Motion for a bill of particulars, and for discovery/inspection granted in part: denied in part (MOTO's 5,6,7) (MAGISTRATE DEGIACOMO) (Dkt'd 05/30/85). |
|  | 30 | Excludable delay due to hearings on Pretrial Motions began |

DOCKET#: CR-85-00099-01

FINAL COURTRAN   CRIMINAL DOCKEMASS(BOSTON) 09/08/92

CR-85-00099-01                 US-v-I-RAPPIER                PROCEEDINGS                    CR-85-00099-01            PAGE 5

| Date | No. | Proceedings |
|---|---|---|
| 05/08/85 | 27 | Minute sheet filed (Dkt'd 05/08/85). Status hearing held (re a motion to suppress) (route uncer... Excludable delay due to hearings on began on 04/11/85 and ended on 05/07/85 (Dkt'd 05/30/85). |

# DOCKET#: CR-85-00099-01

FINAL COURTRAN CRIMINAL DOCKETMASS(BOSTON) 09/08/92

| CR-85-00099-01 | US-V-FRAPPIER | CR-85-00099-01 | PAGE 5 |
| --- | --- | --- | --- |

**PROCEEDINGS**

| Date | No. | Entry |
| --- | --- | --- |
| 05/08/85 | 27 | Minute sheet filed (Dkt'd 05/08/85). Status hearing held on 05/08/85 (re motion to suppress) (CHIEF JUDGE CAFFREY) (Dkt'd 05/08/85). Hearing on pretrial motions set for 07/08/85 @ 10:00 AM (court 1) (CHIEF JUDGE CAFFREY) (Dkt'd 05/08/85). |
| 05/08/85 | 28 | Filed transcript of proceedings for 05/08/85 (MAGISTRATE DEGIACOMO) (Dkt'd 05/08/85). |
| 05/09/85 | 29 | Motion filed (NOTE8) (for transcript at government expense (at detention hearing) (Dkt'd 05/09/85). Mark the beginning of a potential excludable period of type X-E starting on 05/09/85 (in re MOTION FOR TRANSCRIPT on 5/9/85) (Dkt'd 05/15/85). |
| 05/10/85 | 31 | Notice of return or sent upon completion of trial proceedings (MAGISTRATE DEGIACOMO) (Dkt'd 05/10/85). |
| 05/16/85 | 32 | Motion to produce filed (NOTE9) (con't 1) (for review of Magistrate's rulings on certain discovery matter and bill of particulars) (Dkt'd 05/17/85). Mark the beginning of a potential excludable period of type X-E starting on 05/16/85 (in re MOTPD on 5/16) (Dkt'd 05/17/85). |
| 05/20/85 | 29 | Motion granted (NOTE8) (CHIEF JUDGE CAFFREY) (Dkt'd 05/21/85). |
| 05/20/85 | 33 | Motion filed (MOTIO) (for ruling on the admissibility of certain evidence) (Dkt'd 05/21/85). |
| 05/20/85 | 34 | Motion filed (MOTIA) (for order allowing defendant access to certain description of report) (Dkt'd 05/21/85). Mark the beginning of a potential excludable period of type X-E starting on 05/20/85 (in re MOTION FOR ORDER ALLOWING ACCESS TO REPCTS on 5/20) (Dkt'd 05/21/85). Excludable delay due to hearings on pretrial motions began on 05/09/85 and ended on 05/20/85 (Dkt'd 05/21/85). |
| 05/21/85 | 35 | Order filed (for release of reports relating to Warner Scroll in the custody of the Marshall) (MAGISTRATE DEGIACOMO) (Dkt'd 05/22/85). |
| 05/24/85 | 36 | Order of excludable delay began on 05/09/85 and ended on 05/20/85 (pretrial motions - 12 days) (CHIEF JUDGE CAFFREY) (Dkt'd 05/28/85). |
| 05/28/85 | 37 | Motion to suppress statement/testimony filed (NOTE12) |

DOCKET#: CR-85-00099-01

FINAL COURTRAN CRIMINAL DOCKET(MASS(BOSTON) 09/08/92

CR-85-00099-01                                          CR-85-00099-01

US-v-FRAPPIER

PROCEEDINGS                                                      PAGE 6

| Date | No. | Proceedings |
|------|-----|-------------|
| 05/30/85 | 37 | (Count 1) (Dkt'd 05/29/85). Mark the beginning of excludable period of type X-E starting on 05/28/85 (in re MOTION on 5/28) (Dkt'd 05/29/85). Motion for disposition of time to file pretrial motions (Count 1)) ((Continued) in re Motion to suppress physical evidence) (Dkt'd 05/29/85). |
| 05/30/85 | 58 | Motion for extension of time to file pretrial motions granted (MOTION) (Dkt'd 06/30/85), at hearing on 6/7/85 (CHIEF JUDGE CAFFREY) (Dkt'd 06/30/85). |
| 05/08/85 | 59 | Order of excludable delay began on 05/03/85 and ended on 06/03/85 (pretrial motion - 3 days) (CHIEF JUDGE CAFFREY) (Dkt'd 06/04/85). |
| 05/04/85 | | Motion filed (MOTION) (re: transcript of 4/19/85 at X-3 starting on 06/04/85 (in re MOTION for transcript) on 2/4/85)) (Dkt'd 06/04/85). Mark the beginning of excludable period of type X-3 starting on 06/04/85 (in re MOTION for transcript) on 2/4/85)) (Dkt'd 06/04/85). |
| 06/05/85 | 52 | Motion to produce denied (MOTION) (CHIEF JUDGE CAFFREY) (Dkt'd 06/05/85). |
| 06/05/85 | | Excludable delay due to hearings on Pretrial Motions began on 05/16/85 and ended on 06/05/85 (Dkt'd 06/06/85). Motion to suppress statement/testimony hearing. (06/17/85 & 8:11:00 AM (MOTION) (CHIEF JUDGE CAFFREY) (Dkt'd 06/06/85). |
| 06/07/85 | 40 | Motion granted (MOTION) (CHIEF JUDGE CAFFREY) (Dkt'd 06/10/85). Excludable delay due to hearings on Pretrial Motions began on 05/16/85 and ended on 06/07/85 (Dkt'd 06/10/85). |
| 06/10/85 | 41 | Order of excludable delay began on 05/16/85 and ended on 06/07/85 (pretrial motions - 21 days) (CHIEF JUDGE CAFFREY) (Dkt'd 06/17/85). |
| 06/15/85 | 42 | Order of excludable delay began on 06/04/85 and ended on 06/07/85 (pretrial motions - 4 days) (CHIEF JUDGE CAFFREY) (Dkt'd 06/17/85). |
| 06/16/85 | 43 | Filed transcript of proceedings for 06/15/85 (Dkt'd 06/17/85). |
| 06/16/85 | 44 | Order of excludable delay began on 06/29/85 and ended on 05/07/85 (pretrial motions - 9 days) (MAGISTRATE DEIN(ATON0) |

PSC F92-3449    10-6

# DOCKET#: CR-85-00099-01

FINAL COURTRAN (CRIMINAL DOCKET)MASS(BOSTON) 09/08/92

| (CR-85-00099-01 | US-V-RAPPLER | CR-85-00099-01    PAGE 7 |

PROCEEDINGS

45    (DKT'd 06/17/85);
Order of excludable delay began on 05-07/85 and excludable delay began on 06/11/85 and ended on 05-07/85 ... excludable days... - 27 days) (MAGISTRATE DEGIACOMO) (DKT'd 06/17/85).

06/17/85    46    Minute sheet filed (DKT'd 06/18/85);
46    Motion to suppress statement/testimony hearing held (MDJ#3) (CHIEF JUDGE CAFFREY) (DKT'd 06/18/85).

06/19/85    47    Order of excludable delay began on 06/25/85 and ended on 06/27/85 (pretrial motion = ? date) (MAGISTRATE DEGIACOMO) (DKT'd 06/28/85).

06/24/85    48    Motion for discovery/inspection filed (MDJ#15) (Count 1) (of presentence report) (DKT'd 06/25/85).

06/27/85    49    Minute sheet filed (DKT'd 06/28/85);
49    Motion to suppress statement/testimony hearing held (MDJ#2) (CHIEF JUDGE CAFFREY) (DKT'd 06/28/85);
49    Motion to suppress statement/testimony hearing held (MDJ#3) @ 10:00 AM (MDJ#3) (CHIEF JUDGE CAFFREY) (DKT'd 06/28/85).

07/01/85    50    Motion for discovery/inspection granted (MDJ#15) (CHIEF JUDGE CAFFREY) (DKT'd 07/03/85);
50    Order filed (in response to defendant's motion for presentence report) (CHIEF JUDGE CAFFREY) (DKT'd 07/03/85).

07/05/85    51    Motion filed (MDJ#16) (for transcript at govt expense) (DKT'd 07/05/85).

07/08/85    51    Motion granted (MDJ#16) (CHIEF JUDGE CAFFREY) (DKT'd 07/09/85);
51    Motion to suppress statement/testimony hearing held (MDJ#12) (CHIEF JUDGE CAFFREY) (DKT'd 08/07/85).

07/09/85    52    Minute sheet filed (DKT'd 07/09/85);
52    Status hearing held (defendant's motion for transcript at Govt expense allowed by court) (CHIEF JUDGE CAFFREY) (DKT'd 07/09/85);
52    Trial date set for 09/09/85 @ 11:00 AM (Count 1) (CHIEF JUDGE CAFFREY) (DKT'd 07/09/85).

07/10/85    53    Filed transcript of proceedings for 06/17/85 (CHIEF JUDGE CAFFREY) (DKT'd 07/10/85);
54    Filed transcript of proceedings for 06/17/85 (CHIEF JUDGE CAFFREY) (DKT'd 07/10/85).

07/11/85    55    Memorandum in opposition to motion to suppress statement/testimony (MDJ#12) (DKT'd 07/11/85).

PSC F92-3449    10-6

DOCKET#: CR-85-00099-01

FINAL COURTRAN    CRIMINAL DOCKET#MASS(BOSTON) 09/08/92

CR-85-00099-01                                          CR-85-00099-01

US-v-l RAPPIER         PROCEEDINGS                            PAGE 8

| | | |
|---|---|---|
| 07/31/85 | 56 | Memorandum in support of motion to suppress (CHIEF JUDGE CAFFREY) (DKt'd 07/11/85). |
| | 57 | – Memorandum on defendant's motion to suppress statement/testimony (MOT#12) (Dkt'd 07/11/85). |
| | 58 | – Memorandum on defendant's motion to suppress (CHIEF JUDGE CAFFREY) (DKt'd 08/07/85). |
| | 58 | Docket filed (granting defendant's motion to suppress in part) (CHIEF JUDGE CAFFREY) (Dkt'd 08/07/85). |
| | 58 | Motion to suppress statement/testimony granted (MOT#12) (".. as to the use of these statements as part of the government's case in chief.") (CHIEF JUDGE CAFFREY) (Dkt'd 08/01/85). |
| 08/12/85 | 59 | Excludable delay due to hearings on Pretrial Motions began on 05/28/85 and ended on 07/31/85 (CHIEF JUDGE CAFFREY) (Dkt'd 08/01/85). |
| 08/14/85 | 60 | Filed petition for writ of habeas corpus ad prosequendum (Dkt'd 08/15/85). |
| 08/16/85 | 61 | Trial date set for 09/09/85 @ 11:00 AM (Count 1) (CHIEF JUDGE CAFFREY) (DKt'd 08/15/85). |
| | 62 | – Government's memorandum in support of admission of other acts of misconduct committed by the defendant (Dkt'd 08/19/85). |
| 08/30/85 | 62 | Defendant's memorandum on other crimes evidence (Dkt'd 08/19/85). |
| 09/03/85 | 63 | Filed petition for writ of habeas corpus ad prosequendum (for William Orler Hazard on 9/9/85 @10:00am to testify at trial) (DKt'd 09/03/85). |
| | 64 | Petition for writ of habeas corpus ad prosequendum (for William Orler Hazard on 9/9/85 @10:00am to testify at trial) (CHIEF JUDGE CAFFREY) (DKt'd 09/03/85). |
| 09/04/85 | 65 | Order of excludable delay began on 05/28/85 and ended on 07/31/85 (pretrial motions 65 days) (CHIEF JUDGE CAFFREY) (Dkt'd 09/04/85). |
| | 3. | Motion granted (MOT#11) (CHIEF JUDGE CAFFREY) (Dkt'd 09/04/85). |
| | | Excludable delay due to hearings on Pretrial Motions began on 05/28/85 and ended on 09/04/85. |
| 09/05/85 | 66 | Motion filed (MOT#17) (for access to juror qualification forms) (DKt'd 09/06/85). |
| 09/06/85 | 66 | Motion denied (MOT#17) (CHIEF JUDGE CAFFREY) (DKt'd 09/06/85). |
| | | Excludable delay due to hearings on Pretrial Motions began on 09/05/85 and ended on 09/05/85 (DKt'd 09/06/85). |

# DOCKET#: CR-85-00099-01

FINAL COURTMAN CRIMINAL DOCKEMASS(BOSTON) 09/08/92

CR-85-00099-01

US-v-W-TRAPPIER

PROCEEDINGS

CR-85-00099-01     PAGE 9

| Date | | Proceedings |
|---|---|---|
| | 67 | Order of excludable delay began on 05/20/85 and ended on 09/06/85 (pretrial motions - 108 days) (CHIEF JUDGE CAFFREY) (DKt'd 09/06/85) |
| 09/06/85 | 69 | Motion made in open court (MOT#18) (to refer to defendant by a single name) (DKt'd 09/13/85) (CHIEF JUDGE CAFFREY) (DKt'd 09/13/85) |
| | 69 | Excludable delay due to hearings began on Pretrial Motion began on 09/06/85 and ended on 09/06/85 (DKt'd 09/12/85) (CHIEF JUDGE CAFFREY) |
| | 68 | Voir dire (09/06/85) jury (Count 1) (CHIEF JUDGE CAFFREY) |
| | 68 | Jury impaneled (Count 1) (CHIEF JUDGE CAFFREY) (DKt'd 09/12/85) |
| | 68 | Trial begins—jury (Count 1) (1st day) (CHIEF JUDGE CAFFREY) (DKt'd 09/12/85) |
| | 68 | Motion made in open court (MOT#19) (for examination of jurors) (DKt'd 09/12/85) (CHIEF JUDGE CAFFREY) |
| | 68 | Motion in limine granted in part/denied in part (MOT#20) (Count 1) (CHIEF JUDGE CAFFREY) (DKt'd 09/12/85) |
| 09/10/85 | 68 | Minute sheet filed (DKt'd 09/10/85) |
| | 71 | Minute sheet filed (DKt'd 09/12/85) |
| | 71 | Trial held—jury (Count 1) (2nd day) (CHIEF JUDGE CAFFREY) (DKt'd 09/12/85) |
| | 72 | Motion made in open court in limine (MOT#21) (Count 1) (supplemental) (DKt'd 09/13/85) |
| | 72 | Motion in limine denied (MOT#21) (CHIEF JUDGE CAFFREY) (DKt'd 09/13/85) |
| | 71 | Filed government's proposed jury instructions (Count 1) (DKt'd 09/13/85) |
| 09/11/85 | 73 | Minute sheet filed (DKt'd 09/13/85) |
| | 73 | Trial held—jury (Count 1) (3rd day - government's) evidence (cont'nues) (CHIEF JUDGE CAFFREY) |
| | 73 | Motion made in open court (MOT#22) (for daily copy of transcript) at government expense (DKt'd 09/13/85) |
| | 72 | Motion granted (MOT#22) (CHIEF JUDGE CAFFREY) (DKt'd 09/13/85) |
| 09/12/85 | 72 | Minute sheet filed (DKt'd 09/13/85) |
| | 73 | Trial held—jury (Count 1) (4th day - government's evidence cont'nues) (CHIEF JUDGE CAFFREY) (DKt'd 09/13/85) |
| 09/13/85 | 73 | Filed transcript of proceedings for 09/12/85 (CHIEF JUDGE |

# DOCKET#: CR-85-00099-01

FINAL COVERSION    CRIMINAL DOCKET(MASS)(BOSTON)    07/08/92

| CR-85-00099-01 | US-v-TRAPPIER | CR-85-00099-01 | PAGE 10 |

PROCEEDINGS

77    CAFIREY) (Dkt'd 09/13/85).
Order of excludable delay began on 09/07/85 and ended on
(Dkt'd 09/13/85)(al motion -2 days) (CHIEF JUDGE CAFIREY)

78    Minute sheet filed (Dkt'd 09/16/85);
78    Trial held-Jury (count 1) 15th day : government's evidence
continues -) (CHIEF JUDGE CAFIREY)

**09/14/85**
79    Minute sheet filed (Dkt'd 09/16/85);
79    Trial held-Jury (count 1) 16th day : government's evidence
-continues (CHIEF JUDGE CAFIREY) (Dkt'd 09/16/85)
80    Motion (continued to respond to...) (Dkt'd 09/16/85).
80    Motion denied (UNOPPOSED) (CHIEF JUDGE CAFIREY) (Dkt'd
09/16/85).
104    filed transcript of proceedings for 09/13/85 (Dkt'd

**09/16/85**
81    Order of excludable delay began on 09/09/85 and ended on
09/09/85 (Dkt'd 09/17/85)(al motion -1 day) (CHIEF JUDGE CAFIREY)
82    Minute sheet filed (Dkt'd 09/17/85);
83    Trial held-jury (count 1) 17th day : defendant's evidence - jury
starts deliberating (count -) (CHIEF JUDGE CAFIREY) (Dkt'd
84    filed government's proposed jury instructions (count 1)
85    filed defendant's proposed jury instructions (count 1)
(supplemental) (Dkt'd 09/20/85).
86    Motion in limine filed (MOTION24) (count 1) (Dkt'd 09/20/85).

**09/17/85**
85    Minute sheet filed (Dkt'd 09/17/85);
85    Trial held-jury (count 1) 18th day, (more excl deliberating -
verdict returned at 11:25am) (CHIEF JUDGE CAFIREY) (Dkt'd
09/17/85)

Jury verdict of guilty (count 1) (Dkt'd 09/17/85);
Disposition sent for 10/04/85 a 09:50 AM (count 1) (CHIEF
JUDGE CAFIREY) (Dkt'd 09/17/85).

**09/20/85**
XI    filed transcript of proceedings for 09/14/85 (15th day
X8    filed transcript of proceedings for (Dkt'd 09/25/85),
X9    filed transcript of proceedings for 09/16/85 (seventh day
Jury trial) (CHIEF JUDGE CAFIREY) (Dkt'd 09/25/85),
filed transcript of proceedings for 09/17/85 (eighth day
Jury trial) (CHIEF JUDGE CAFIREY) (Dkt'd 09/25/85),

**11/30/85**    9?    Motion filed (MOTION) time clocking (court) (Dkt'd
10/01/85).

DOCKET#: CR-85-00099-01

| 10/01/85 | 90 | Motion granted (MOT#25) (CHIEF JUDGE CAFFREY) (Dkt'd 10/02/85). |
| 10/02/85 | 91 | Motion made in open court (MOT#26) (for transcript) (Dkt'd 10/07/85). |
| 10/04/85 | 91 | Motion granted (MOT#26) (CHIEF JUDGE CAFFREY) (Dkt'd 10/07/85). |
| | 92 | Minute sheet filed (Dkt'd 10/07/85). |
| | 92 | Sentencing of defendant (Count 1) (the remainder of her life) (CHIEF JUDGE CAFFREY) (Dkt'd 10/07/85). |
| | 93 | Issued judgment and commitment to U.S. Marshal (Count 1) (CHIEF JUDGE CAFFREY) (Dkt'd 10/07/85). |
| | 94 | Notice of appeal (Count 1) (APPL#1) (Dkt'd 10/07/85). |
| 11/12/85 | 95 | Filed transcript of proceedings for 09/09/85 (jury trial day one) (CHIEF JUDGE CAFFREY) (Dkt'd 11/12/85). |
| | 96 | Filed transcript of proceedings for 09/10/85 (jury trial day two) (CHIEF JUDGE CAFFREY) (Dkt'd 11/12/85). |
| 04/03/86 | 97 | Motion for new trial filed (MOT#27) (Count 1) (Dkt'd 04/04/86). |
| | 98 | Filed affidavit in support of motion for new trial (MOT#27) (of Owen Walker) (Dkt'd 04/04/86). |
| 04/16/86 | 97 | Motion for new trial denied (MOT#27) (CHIEF JUDGE CAFFREY) (Dkt'd 04/16/86). |
| 04/17/86 | 99 | Filed transcript of proceedings for 10/04/86 (of disposition) (CHIEF JUDGE CAFFREY) (Dkt'd 04/17/86). |
| 04/18/86 | 100 | - (MOT#27) (Government's opposition to motion for new trial) (Dkt'd 04/21/86). |
| 04/23/86 | 101 | Transmitted supplemental record on appeal (Dkt'd 04/24/86). |
| 04/25/86 | 102 | Notice of appeal (Count 1) (APPL#2) (from denial of motion for a new trial) (Dkt'd 04/28/86). |
| 04/30/86 | 103 | Certified and transmitted record on appeal to United States Court of Appeals (APPL#1) (Dkt'd 05/01/86). |
| 05/19/86 | 105 | Transmitted supplemental record on appeal (Dkt'd 05/20/86). |
| 06/19/86 | 106 | Transmitted supplemental record on appeal (Dkt'd 06/20/86). |

PSC 092-3449    IC-6

B    6

DOCKET#: CR-85-00099-01

| 12/10/86 | 107 | Filed opinion of USCA (Dkt'd 12/10/86). |
| 01/05/87 | 108 | Filed certified copy of order from U.S. Court of Appeals affirming judgment of U.S. District Court (APPL#1) (Dkt'd 01/07/87). |
| | 109 | Filed certified copy of order from U.S. Court of Appeals affirming judgment of U.S. District Court (APPL#2) (Dkt'd 01/07/87). |
| 01/17/87 | | Record returned from United States Court of Appeals (Dkt'd 01/26/87). |
| 05/19/87 | 110 | Motion filed (MOT#28) (for resentencing pursuant to FRCrP 32(c)(3)D) (Dkt'd 05/19/87). |
| 07/06/87 | 111 | Motion to reduce sentence filed (MOT#29) (Count 1) (Dkt'd 07/08/87). |
| | | ... denied (MOT#29) (CHIEF JUDGE |

| 04/30/86 | 103 | Certified and transmitted record on appeal to United States <br> Court of Appeals (APPL#1) (Dkt'd 05/01/86). |
| 05/19/86 | 105 | Transmitted supplemental record on appeal (Dkt'd 05/20/86). |
| 06/19/86 | 106 | Transmitted supplemental record on appeal (Dkt'd 06/20/86). |

PSC 192-1449    10-8

B    6

---

## DOCKET#: CR-85-00099-01

FINAL COURTRAN   CRIMINAL DOCKEMASS(BOSTON) 09/08/92

CR-85-00099-01                                     CR-85-00099-01          PAGE 12

US-V-FRAPPIER
PROCEEDINGS

| 12/10/86 | 107 | Filed opinion of USCA (Dkt'd 12/10/86). |
| 01/05/87 | 108 | Filed certified copy of order from U.S. Court of Appeals <br> affirming judgment of U.S. District Court  (APPL#1) (Dkt'd <br> 01/07/87). |
| | 109 | Filed certified copy of order from U.S. Court of Appeals <br> affirming judgment of U.S. District Court  (APPL#2) (Dkt'd <br> 01/07/87). |
| 01/17/87 | | Record returned from United States Court of Appeals (Dkt'd <br> 01/26/87). |
| 05/19/87 | 110 | Motion filed  (MOT#28) (for resentencing pursuant to FRCrP <br> 32(c)(3)D) (Dkt'd 05/19/87). |
| 07/06/87 | 111 | Motion to reduce sentence filed  (MOT#29) (Count 1) (Dkt'd <br> 07/08/87). |
| 07/22/87 | 111 | Motion to reduce sentence denied  (MOT#29) (CHIEF JUDGE <br> CAFFREY) (Dkt'd 07/23/87). |
| 08/07/87 | 112 | Motion filed  (MOT#30) (for resentencing pursuant to FRCrP <br> Rule 32(c)(3)D) (Dkt'd 08/10/87). |
| 08/20/87 | 112 | Motion denied  (MOT#30) (CHIEF JUDGE CAFFREY) (Dkt'd <br> 08/24/87). |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

End of docket

PSC 192-1449    10-8

C    6

---

## DOCKET#: CR-85-00100-01

FINAL COURTRAN   CRIMINAL DOCKEMASS(BOSTON) 09/08/92

CR-85-00100-01                                     CR-85-00100-01          PAGE 1

US V BUFFALO ET AL
as of 09/21/87 at 11:10 PM

Judge: CHIEF JUDGE CAFFREY                          Case Filed: 03/20/85