UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
    Respondent

CASE NO: 1:85-CR-99

v

DARLENE FRAPPIER
    Petitioner

---

REQUESTING COURT AS TO WHAT HAPPEN TO THE
MOTION REQUESTING GRAND JURY TRANSCRIPT

---

COMES NOW, Petitioner Darlene Frappier, a lay-person without the knowledge of the Rules and Regulation of the Court, but requesting as to what has happen in the motion that was filed in this Court asking for copy of all Grand Jury transcripts.

Petitioner who is indigent, and is unable to obtain the documents, petitoned the Court to release these document.

Petitioner has new evidence, and is making every effort to redress petitioners conviction, and need the transcript of the grand jury to aid the effort.

Respectfully submitted under the mandate of HAINES V. KERNER, 404 U.S.C. § 518, 519. "Allegation of pro se motion are held to less stringent standards than those drafted by attorneys............".

Respectfully Submitted,

*Darleng Frappier*

## CERTIFICATE OF SERVICE

I certify that the document "REQUESTING COURT AS TO WHAT HAPPEN TO THE MOTION REQUESTING GRAND JURY TRANSCRIPT" was placed into the institution mailbox, first-class mail, postage pre-paid, on the date listed below and sent to the following on the date listed below.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
ONE COURTHOUSE WAY
BOSTON, MA. 02210

3-21-04
Date

Darlene Frappier
Signature of Person Mailing

N/S

3-21-04

To the Clerk of the Court,

Please file the enclosed Motion, and return filed copy in the S.A.S.E.

        THANK YOU

*Darleng Frappier*