UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
Respondent

April 28, 2004

V

DARLENE FRAPPIER
Petitioner

CASE NO: 1:85-CR-99  GAO

---

REQUESTING COURT AS TO WHAT HAPPEN TO THE
MOTION REQUESTING ALL GRAND JURY TRANSCRIPTS
AND A LIST OF THE WITNESS STATEMENTS.

---

COMES NOW, Petitioner Darlene Frappier, a lay-person without the knowledge of the Rules and Regulation of the Court, but requesting as to what has happen in the motion that was filed in this Court on March 25, 2004 asking for all Grand Jury transcripts, and Witness Statements.

Petitioner who is indigent, and is unable to obtain the documents, petitoned the Court to release these documents.

Petitioner is requesting all grand jury transcripts, and a list of the Witness Statements  in order to redress petitioners legal work.

Respectfully submitted under the mandate of HAINES V. KERNER, 404 U.S.C. 518,519. "Allegation of pro se moyion are held to less stringent standards than those drafted by attorneys..........".

Respectfully Submitted

Daelene Frappier 09174-036
5701 8th St. Camp Parks
Dublin Ca. 94568