United States District Court
District of Massachusetts

FILED
IN CLERKS OFFICE

2004 MAY -3 P 2:45

DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA
RESPONDENT

APRIL 28, 2004

v

DARLENE ELIZABETH FRAPPIER
PETITIONER

CASE NO: 1:85-CR-99 GAO

Consent for Release Of Information

Please return to : Darlene Frappier 5701 8th. St. Camp Parks
Dublin, Ca. 94568

I, Darlene Frappier, hereby request all entities and persons, including my former attorney's investigators and appellate programs who worked on my case, to be release to me, any and all records, files, reports, and information of any kind related to me or to any criminal case involving me, including legal papers, court documents, medical records, laboratory analyses, probation reports, attorney files and records, and any other information necessary. I fully understand that there maybe statutes, rules, and regulations that protect the confidentiality of some intent to waive the protection of all such statutes, rules, and regulations so that confidential information can be shared with an other. By my signature below, I represent that this waiver is voluntary and given without any reservation.

Date: 4/29/2004

_Darlene Frappier_
Signature

7-30-47
Date of Birth

09174036
Prison Inmate Number

SUBSCRIBED AND SWORN TO BEFORE
ME THIS 29 DAY OF APRIL
2004

_Donald L Knutson_
SIGNATURE OF NOTARY PUBLIC

DONALD L. KNUTSON
Commission # 1320436
Notary Public - California
Alameda County
My Comm. Expires Sep 9, 2006